Lawrence J. Hilton (Bar No. 156524)
Email: lhilton@onellp.com
Paul Y. Feng (SBN 146889)
Email: pfeng@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiffs,
WOONG SIK IM and JUNG MI PARK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOONG SIK IM, an individual, and JUNG MI PARK, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> BYOUNG DAN PARK, an individual; and, DOES 1 through 5, inclusive, <br><br> Defendants. | Case No. 8:20-cv-2048-FLA-KES <br><br> **NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

TO THE COURT:

**PLEASE TAKE NOTICE** that Plaintiffs Woong Sik Im and Jung Mi Park, and Defendant Byoung Dan Park (collectively, the "Parties") have reached a settlement in principle in this matter.  The Parties will file a stipulation dismissing the action under Federal Rule of Civil Procedure 41 within forty-five (45) days of this Notice (on or before December 25, 2021).

Dated:  November 10, 2021              **ONE LLP**

By: /s/ Lawrence J. Hilton
    Lawrence J. Hilton
    Paul Y. Feng
    Attorneys for Plaintiffs,
    Woong Sik Im and Jung Mi Park