1                                                                           JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Woong Sik Im et al., | Case No.8:20-cv-02048-FLA (KESx) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Byoung Dan Park, | |
| Defendant. | |

       In light of the Plaintiff's Notice of Settlement, the court orders the action dismissed without prejudice.  The court retains jurisdiction to vacate this Order and to reopen the action within forty-five days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 45-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.  This Order does not preclude the filing of a stipulation of

dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court.  Such stipulation shall be filed within the aforementioned 45-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

**IT IS SO ORDERED.**

Dated: November 14, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge